# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ABAYA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CREDIT COLLECTION SERVICES, INC.,<br><br>　　　　Defendant. | CASE NO. 2:15-CV-01327-JAM-AC<br><br>**ORDER OF DISMISSAL** |

Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed, with prejudice as to Plaintiff's individual action, and without prejudice as to the class action claims asserted in the lawsuit. Each party shall bear its own costs and expenses.

　　　IT IS SO ORDERED.


DATED:　12/18/2015　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE